

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00110-CV

IN RE CONNIE RAY PALMER                                             RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 43,866-B

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's objection to the requirement that he comply with Chapter 14 of the civil practice and remedies code and is of the opinion that it should be overruled.

Further, the court has considered relator's application for writ of mandamus and is of the opinion that relief should be denied.

Accordingly, relator's objection is overruled, and his application for writ of mandamus is denied.

---

[1]See Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  PITTMAN, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  April 4, 2017